UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CRAIG WILKINSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:15-CV-274-TAV-HBG |
| | ) |
| JACOBS ENGINEERING GROUP, INC., | ) |
| | ) |
| Defendant, | ) |

**<u>ORDER</u>**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw Motion to Withdraw as Counsel [Doc. 49], filed on July 25, 2016 by the law firm Stokes, Williams Sharp, Cope & Mann, P.C. A Motion to Withdraw as Counsel [Doc. 45] for Plaintiff James Phillips ("the Plaintiff") was previously filed on July 8, 2016, requesting that the law firm Stokes, Williams, Sharp, Cope & Mann, P.C., be relieved as counsel of record. The law firm Stokes, Williams Sharp, Cope & Mann, P.C., now moves to withdraw its prior motion. Contemporaneous with the instant Motion to Withdraw Motion to Withdraw as Counsel, a Notice of Withdrawal of Counsel [Doc. 50] has been filed indicating that pursuant to Local Rule 83.4(f), Attorney Ellis A. "Sandy" Sharp and the law firm Stokes, Williams, Sharp, Cope & Mann, P.C. is withdrawing as counsel for the Plaintiff but that Attorney James K. Scott will remain counsel of record.

Because continuity of counsel is ensured, the Court finds the instant Motion to Withdraw Motion to Withdraw as Counsel is well-taken. <u>See</u> E.D.TN. LR 83.4(f) (where a party is

represented by multiple counsel of record, the attorney withdrawing need only file a notice of withdrawal). Accordingly, the Motion to Withdraw Motion to Withdraw as Counsel [**Doc. 49**] is **GRANTED**, the Motion to Withdraw as Counsel [**Doc. 45**] is **WITHDRAWN**, and Attorney Sharp and the firm Stokes, Williams, Sharp, Cope & Mann, P.C., are **RELIEVED** of their duties in this matter. Attorney Scott shall remain counsel of record for the Plaintiff.

    **IT IS SO ORDERED.**

                                            ENTER:

                                            */s/ Bruce Guyton*
                                            United States Magistrate Judge