UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GREG ADKISSON, et al., ) | | |
| Plaintiffs, ) | | |
| v. ) | No.: | 3:13-CV-505-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., ) | | |
| Defendant. ) | | |
| ) | *Lead Case Consolidated with* | |
| ) | | |
| KEVIN THOMPSON, et al., ) | | |
| Plaintiffs, ) | | |
| v. ) | No.: | 3:13-CV-666-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., ) | | |
| Defendant. ) | | |
| ) | as c*onsolidated with* | |
| ) | | |
| JOE CUNNINGHAM, et al., ) | | |
| Plaintiffs, ) | | |
| v. ) | No.: | 3:14-CV-20-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., ) | | |
| Defendant. ) | | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Intervene [Doc. 151],[1] filed by Gallaher Bassett Services, Inc. ("Gallaher Bassett"). Gallaher Bassett is the workers' compensation insurance administrator for Sevenson Environmental Services, Inc., and its employees, including Craig Wilkinson who is a plaintiff in *Wilkinson et al., v. Jacobs Engineering Group, Inc.*, 3:15-CV-274-TAV-HBG. *Wilkinson*, as well as six other cases, have been consolidated with the above captioned cases for purposes of discovery, motion practice, and Phase I of trial. [Doc. 136].

---

[1] The Court refers to the docket entry in *Adkisson et al., v. Jacobs Engineering Group Inc.*, Case No. 3:13-CV-505-TAV-HBG, unless otherwise indicated.

Gallaher Bassett, as a subrogee, moves the Court to intervene pursuant to Federal Rule of Civil Procedure 24 and Tenn. Code Ann. § 50-6-112 *et. seq*. The instant motion was filed on April 6, 2017. No party has responded in opposition, and the period for responding in opposition has expired. The Court may treat the lack of opposition as acquiescence to the relief sought. *See* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought.").

Based upon the lack of opposition and for good cause shown, the Motion to Intervene [Doc. **151**] is **GRANTED**. Gallaher Bassett shall file its proposed Intervening Complaint [Doc. 151-2] on or before **May 1, 2017**, in *Wilkinson et al., v. Jacobs Engineering Group, Inc.*, 3:15-CV-274-TAV-HBG. The Clerk's Office is **DIRECTED** to docket the instant motion and Order in *Wilkinson et al., v. Jacobs Engineering Group, Inc.*, 3:15-CV-274-TAV-HBG.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge